In the Matter of CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant; 42 BROADWAY REALTY CORPORATION, Respondent.

Argued April 19, 1939; decided May 17, 1939.

*Francis S. Bensel* and *Alfred W. Roberts, Jr.,* for appellant.

*Abraham Shamos* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J., and O'BRIEN, J.